**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.

*Plaintiffs*,

vs.

DEPARTMENT OF HOMELAND SECURITY,
et al.

*Defendants*.

Civil Action No. 1:26-CV-00300 (RJL)

## UNOPPOSED MOTION FOR EXTENSION

Defendants respectfully move to extend their deadline to file a response to Plaintiffs' Complaint, currently due Tuesday, April 7, 2026, by twenty-one days to Tuesday, April 28, 2026. Defendants, likewise, move to extend Plaintiffs' deadline to reply to Defendants' response by twenty-one days to June 2, 2026. Undersigned counsel conferred with Plaintiffs' counsel, in compliance with Local Rule 7(m), who stated that they consent to the relief requested in this Motion.

Undersigned counsel's component of the Department of Justice's Civil Division is facing an unusually large caseload, and over the next fourteen days undersigned counsel is responsible for submitting four significant briefs in this and other cases. Additionally, due to religious observances this week and longstanding travel plans, certain staff at the Department of Justice and Defendant agencies are not present to assist with this case. Defendants respectfully submit that these resource constraints constitute good cause for this extension. The proposed extension will not require changing the dates of any hearings or other deadlines except for Plaintiffs' deadline to reply to the response. No previous extensions have been requested or granted for the filing of Defendants' response to the Complaint. Pursuant to this Court's standing rules, Defendants propose a reply deadline set seven days after Plaintiffs' June 2 filing in accordance with Local Rule 7(d).

A proposed order is attached.

Dated: April 1, 2026

                    Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH T. HEDGES
Counsel to the Assistant Attorney General
Civil Division

STEPHEN ELLIOTT
Assistant Director, Federal Programs Branch

/s/ *Jordan A. Hulseberg*
JORDAN A. HULSEBERG (DC Bar No. 90033542)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3856
Email: Jordan.A.Hulseberg2@usdoj.gov

*Counsel for United States*