# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Association of University Professors, et al., | |
| Plaintiffs, | 1:26-cv-00300 |
| v. | **DECLARATION OF CARA M. SELBY** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

## <u>DECLARATION OF CARA M. SELBY</u>

I, Cara M. Selby, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1.  I am employed by the U.S. Department of Homeland Security (DHS), U.S. Citizenship and Immigration Services (USCIS), as the Associate Director of the USCIS Service Center Operations directorate (SCOPS). My current duties include managing multiple Service Centers that are responsible for the adjudication of various immigration benefit requests, including the Gold Card program. I am competent to make this declaration, and the facts in this declaration are within my personal knowledge, which includes information I have learned through my official duties and after reasonable inquiry.

2.  The Gold Card program was established by Executive Order 14351, "The Gold Card."

1

3. On December 10, 2025, USCIS published instructions on its website on how to begin the process of applying for a Gold Card, including links to USCIS's applicable required form (Form I-140G, *Immigrant Petition for the Gold Card Program*) and related filing instructions (Instructions for Immigrant Petition for the Gold Card Program).

4. According to the website, a petitioner may only file Form I-140G after an individual or corporation (or similar entity) has registered their information through the Department of Commerce on trumpcard.gov and received confirmation that the submission was accepted, including a valid payment through Pay.gov. USCIS then contacts the prospective petitioner to create a new or log in to an existing USCIS online account to file the Form I-140G.

5. A petitioner (individual or corporate) may then file Form I-140G to request an employment-based immigrant visa under the Gold Card program.  The Gold Card program provides eligibility for two separate employment-based immigrant visa classifications: 1. First preference (EB-1) alien of extraordinary ability under section 203(b)(1)(A) of the Immigration and Nationality Act (INA), and 2. Second preference (EB-2) alien of exceptional ability who is seeking a National Interest Waiver (NIW) under section 203(b)(2)(B)(i) of the INA (EB-2 NIW).

6. Individuals seeking classification under EB-1 are aliens of extraordinary ability under section 203(b)(1)(A) of the INA and individuals seeking classification under EB-2 are aliens of exceptional ability under INA section 203(b)(2)(B) who are also seeking an exemption from the job offer requirement if the alien's services in the sciences, arts, professions, or business are in the national interest (generally known as a National Interest Waiver (NIW). Petitions under both categories are adjudicated on a case-by-case basis.

2

7. Once the Form I-140G petition is approved and there is an immigrant visa number available in the requested employment-based classification, the alien must complete consular processing with the U.S. Department of State at an embassy or consulate. Upon successful completion, he or she will be issued an immigrant visa and may travel to the United States to be admitted as a lawful permanent resident.

8. SCOPS is the directorate within USCIS that adjudicates Form I-140 petitions for the EB-1 and EB-2 classifications. The workload from these two categories generally is quite large. In FY25, total EB-1 petition receipts were 51,371 and total EB-2 petition receipts were 116,193. SCOPS currently has 275 adjudicators assigned to the Form I-140 EB-1 and EB-2 workload. SCOPS is also the component that adjudicates the Form I-140G petitions under the Gold Card program. Since the Gold Card program went live on December 10, 2025, USCIS has received 338 requests for Gold Cards. Of the 338 Gold Card requests, 165 of the requests were successfully processed with the required filing fee. Of the 165 successfully processed requests to participate in the Gold Card program, 59 Gold Card requestors actually submitted Form I-140G petitions to USCIS for adjudication. Accordingly, the workload from the Gold Card program is quite small. SCOPS currently has six (6) adjudicators that review and adjudicate Gold Card filings as their primary duty.

9. No Immigration Services Officers (ISOs), which are USCIS employees currently assigned to the I-140 workload were transitioned to adjudicating Form I-140G Gold Card petitions.

10. USCIS records adjudicative hours worked in the Electronic Statistical Automated Activity Tracking (eSTAT) system. From December 1, 2025 to February 28, 2026, eSTAT reflects that Immigration Services Officers (Officers) have logged 141.5 adjudicative hours dedicated to Form I-140G (Gold Card) program. During that same period, eSTAT reflects that Officers

3

logged over 55,000 hours dedicated to Form I-140 EB-1 and EB-2 adjudications. There may be other hours that Officers worked related to the Gold Card (e.g., for training, mentoring, case discussion, etc.). However, these hours would be similarly minimal compared to the hours dedicated to Form I-140 EB-1 and EB-2 adjudication.

11. Since ISO resources were not taken from the Form I-140 EB-1 and EB-2 adjudications, and given the ratio of the hours worked between Form I-140 EB-1 and EB-2 adjudication compared to Form I-140G adjudication, the Gold Card program has had no impact on Form I-140 EB-1 and EB-2 processing times.

12. The priority date and country of chargeability of a petition do not dictate the processing time of that petition. Petitions filed by or on behalf of aliens with earlier priority dates may take longer to process than petitions with later priority dates, depending on case-specific adjudicative factors.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April of 2026 in Camp Springs, Maryland.

CARA M SELBY
Digitally signed by CARA M SELBY
Date: 2026.04.28 15:34:11 -04'00'

Cara M. Selby
Associate Director
USCIS Service Center Operations

4