**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*, <br><br> *Plaintiff*, <br><br> vs. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.,* <br><br> *Defendants*. | Civil Action No. 1:26-cv-0300 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss and Memorandum in Support and supporting documents, any response, and any reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

Date: _____

                                               _____

                                               RICHARD J. LEON

                                               United States District Judge