**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.

*Plaintiffs*,

vs.

DEPARTMENT OF HOMELAND SECURITY,
et al.

*Defendants*.

Civil Action No. 1:26-CV-00300 (RJL)

**JOINT MOTION TO SET BRIEFING SCHEDULE**

The parties respectfully request that the Court enter a briefing schedule, as proposed below, on Defendants' forthcoming motion to dismiss the First Amended Complaint (FAC). Good cause exists for this motion. In support of this motion, the parties state as follows:

1. On February 3, 2026, Plaintiffs filed a Complaint in this action. ECF No. 1.

2. On April 1, Defendants filed an unopposed motion to extend their time to respond to the Complaint to April 28. ECF No. 28.

3. The Court granted that motion. Minute Order (Apr. 2, 2026).

4. On April 28, Defendants filed a motion to dismiss, supporting declarations, and a motion for relief from LCvR 7(n)(1). ECF Nos. 29, 29-1, 29-2, 29-3, 29-4, 30, 30-1.

5. On May 4, Plaintiffs filed an unopposed motion to extend their time to respond to Defendants' motion for relief from LCvR 7(n)(1). ECF No. 31.

6. The Court granted that motion. Minute Order (May 5, 2026).

7. On May 18, Plaintiffs filed the FAC. ECF No. 32. The FAC adds a new plaintiff and contains some changed allegations.

8. Defendants intend to file a motion to dismiss the FAC.

9. The parties have reached agreement regarding a schedule for briefing on that motion, as follows:

    a.  Defendants' motion to dismiss: June 25, 2026

    b.  Plaintiffs' response: August 3, 2026

    c.  Defendants' reply, if any: August 25, 2026

10. Good cause exists to enter this schedule. Assessing the allegations in the FAC and coordinating among defendant agencies to gather any necessary information for Defendants' motion to dismiss will require significant time and resources. Allowing Plaintiffs a proportionate amount of time for their response, and allowing Defendants roughly three weeks to reply, is reasonable and likewise allows each party the necessary time to analyze and respond to the other's arguments.

11. Other than the extensions mentioned in ¶¶ 2-3, 5-6, *supra*, no extensions have been sought or granted in this case.

12. The requested schedule will not affect any other previously scheduled deadlines.

A proposed order is attached.

Dated: May 26, 2026

/s/ *Harold Craig Becker* by permission
HAROLD CRAIG BECKER
 (D.C. Bar No. 371239)
NORMAN L. EISEN
 (D.C. Bar No. 435051)
STEPHEN A. JONAS
 (D.C. Bar No. 90037069)
BRIAN C. WARD
 (pro hac vice forthcoming)
LINDSAY W. ZIMLIKI
 (D.C. Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
craig@democracydefenders.org

ALLISON M. ZIEVE (D.C. Bar. No. 424786)
ADAM R. PULVER (D.C. Bar No. 1020475)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
202-588-1000
azieve@citizen.org

SARAH S. WILSON
(admitted pro hac vice)
DAVID KIM
(admitted pro hac vice)
COLOMBO HURD PL
301 E. Pine Street #450
Orlando, Florida 32801
(407) 478-1111
swilson@colombohurd.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

STEPHEN ELLIOTT
Assistant Director, Federal Programs Branch

/s/ *Jordan A. Hulseberg*
JORDAN A. HULSEBERG (DC Bar No.
90033542)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 598-3856
Email: Jordan.A.Hulseberg2@usdoj.gov

*Counsel for Defendants*