**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*, <br><br> *Plaintiff*, <br><br> vs. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.,* <br><br> *Defendants*. | Civil Action No. 1:26-cv-0300 (RJL) |

**[PROPOSED] ORDER**

Upon consideration of the parties' May 26, 2026, Joint Motion to Set Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**. The parties shall adhere to the following schedule for briefing on Defendants' forthcoming motion to dismiss the First Amended Complaint:

- Defendants' motion to dismiss: June 25, 2026

- Plaintiffs' response: August 3, 2026

- Defendants' reply, if any: August 25, 2026

Date: _____

                                    _____
RICHARD J. LEON
United States District Judge