**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.

*Plaintiffs*,

vs.

DEPARTMENT OF HOMELAND SECURITY, et al.

*Defendants*.

Civil Action No. 1:26-CV-00300 (RJL)

**NOTICE OF WITHDRAWAL AS COUNSEL**

Elizabeth Hedges hereby withdraws as counsel for Defendants in this matter. Defendants continue to be represented by Jordan Hulseberg.

Dated: August 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

/s/ *Elizabeth Hedges*
ELIZABETH HEDGES (DC No. 1657707)
Senior Counsel to the Assistant Attorney General
Civil Division
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 616-0929
elizabeth.t.hedges@usdoj.gov

STEPHEN ELLIOTT
Assistant Director

JORDAN A. HULSEBERG
Trial Attorney
Civil Division, Federal Programs Branch

*Counsel for Defendants*